BANAFSHEH, DANESH & JAVID
A Professional Law Corporation
RAPHAEL D. JAVID, ESQ.  [SBN 218624]
rj@bhattorneys.com
TOBIN ELLIS, ESQ.  [SBN 203110]
te@bhattorneys.com
SANTO J. RICCOBONO, ESQ.   [SBN 251242]
sjr@bhattorneys.com
9454 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone:  (310) 887-1818
Facsimile:   (310) 887-1880

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| TAKASHI WATANABE, an individual,<br><br>                    Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; WENDY SURA, an individual; and; DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO.:<br><br>**COMPLAINT:**<br>**ACTION UNDER FEDERAL TORTS CLAIM ACT FOR PERSONAL INJURIES AND PROPERTY DAMAGE SUSTAINED IN AUTOMOBILE COLLISION; DEMAND FOR JURY TRIAL** |

___

COMPLAINT: ACTION UNDER FEDERAL TORTS CLAIM ACT FOR PERSONAL INJURIES AND PROPERTY DAMAGE SUSTAINED IN AUTOMOBILE COLLISION; DEMAND FOR JURY TRIAL

1

BANAFSHEH, DANESH & JAVID, PC
9454 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Phone: (310) 887-1818 Facsimile: (310) 887-1880

For a Complaint against Defendants, UNITED STATES POSTAL SERVICE, UNITED STATES OF AMERICA; WENDY SURA and DOES 1 through 20, inclusive (collectively, "Defendants"), plaintiff TAKASHI WATANABE, alleges as follows:

## JURISDICTION AND VENUE

1. This action arises under the Federal Torts Claims Act, 28 U.S.C. §§ 1346(b), 2671-80, as hereinafter more fully appears.

2. Venue is proper in the Central District of California because the negligent acts giving rise to the Federal Tort Claim alleged herein occurred within the Central District of California, and all of the Plaintiffs reside within the Central District. Venue is proper specifically in the Southern Division of this District because the negligent acts giving rise to the Federal Tort Claim alleged herein occurred within the Southern Division of the Central District of California.

## GENERAL ALLEGATIONS

A. **THE PARTIES**

3. This is an action brought under the Federal Torts Claims Act for personal injuries arising out of an automobile collision which occurred on November 12, 2014, on 2nd Street, east of Los Angeles Street, in the City of Los

Angeles, County of Los Angeles, State of California (hereinafter "the Automobile collision"). This location is within the Central District of California, Western Division.

4      The true names or capacities of the Defendants, Does 1 through 20, whether individual, corporate, municipal, associate or otherwise, are unknown to Plaintiff at this time, and Plaintiff, therefore, sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to show their true names or capacities when the same have been ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the Doe Defendants is, in some manner, responsible for the events and happenings herein set forth and caused injury and damages to the Plaintiff as herein alleged.

5.      Plaintiff alleges on information and belief that in performing the acts and omissions alleged herein, each of the Defendants was the agent and employee of each of the other Defendants and was at all times acting within the course and scope of such agency and employment.

**B.    FACTUAL BACKGROUND**

6.      At the time of the Automobile collision, Plaintiff was driving a vehicle (the vehicle") eastbound on 2nd Street when the vehicle behind him driven

---

COMPLAINT: ACTION UNDER FEDERAL TORTS CLAIM ACT FOR PERSONAL INJURIES AND PROPERTY DAMAGE SUSTAINED IN AUTOMOBILE COLLISION; DEMAND FOR JURY TRIAL

3

by USPS employee Wendy Sura, failed to brake and was driving too fast for the conditions in violation of California Vehicle Code section 22350, which constitutes negligence per se.

7.  At the time of the automobile collision, Wendy Sura was an employee of the United States Postal Service, an agency of Defendant UNITED STATES OF AMERICA, and was acting within the course and scope of his employment.

8.  If Defendants UNITED STATES POSTAL SERVICE and UNITED STATES OF AMERICA were a private entity or person, each defendant would be liable to Plaintiff in accordance with the laws of the State of California.

9.  Pursuant to 28 U.S.C. §2675(a), Plaintiff presented a separate and individual administrative claim to the United States Postal Service.  This claim was presented on or about March 9, 2016.  On March 16, 2016, the claim was denied. On May 19, 2016, a request for reconsideration was presented to the United States Postal Service.  On June 2, 2016, United States Postal Service responded that they were in the process of reviewing additional information. To date, United States Postal Service has failed to make a final disposition of this claim, and Plaintiff deems such failure to be a denial of the claim.

///

# FIRST CLAIM FOR RELIEF

**(For Personal Injuries, Both Physical And Emotional, and Property Damage)**

10. Plaintiff incorporates by reference as though fully set forth herein the contents of paragraphs 1 through 9, inclusive.

11. Wendy Sura operated a vehicle negligently, without due care, and in violation of the laws of the State of California.

12. Wendy Sura's negligent operation of a motor vehicle caused the Automobile collision described above, which caused severe and permanent injuries to Plaintiff.

13. As a result of the negligence described above, Plaintiff suffered severe physical and emotional injuries. In addition to his physical injuries, he has suffered, and continues to suffer, severe emotional distress as a result of this incident.

14. As a result thereof, Plaintiff has incurred, and will continue to incur, the costs of medical treatment, and will continue to do so in the future, loss of income and earning capacity, past and future, lost and damaged property. To date, Plaintiff has sustained no less than $350,000 in special damages as result of Defendants' negligence. These expenses are ongoing, however, and continue to be

incurred. Therefore, the amount stated above is merely Plaintiff's best estimate as to quantum of special damages known to Plaintiff as of the date of the filing of this Complaint.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANTS, AND EACH OF THEM, AS FOLLOWS:

A.   General damages of $5,000,000 according to proof at trial;

B.   Compensatory damages in a sum according to proof at trial;

C.   Future medical incurred and to be incurred for services of hospitals, physicians, surgeons, nurses and other professional services, ambulance services, x-rays, and other medical supplies and services of $1,500,000 according to proof at trial;

D.   Loss of income incurred and to be incurred of $2,000,000 according to proof at trial;

E.   Property damage incurred according to proof at trial;

F.   Loss of use of property according to proof at trial;

G.   For interest provided by law; and

BANAFSHEH, DANESH & JAVID, PC
9454 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Phone: (310) 887-1818 Facsimile: (310) 887-1880

H. Costs of suit and for such other and further relief as the Court deems proper.

Wherefore, and in light of the above, Plaintiff demands judgment against Defendants in excess of $8,500,000.

DATED: November 9, 2016          BANAFSHEH, DANESH & JAVID
                                 A Professional Law Corporation


                         By:     /S/_____
                                 TOBIN D. ELLIS, ESQ.
                                 SANTO J. RICCOBONO, ESQ.
                                 Attorneys for PLAINTIFF


## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial.

DATED: November 9, 2016          BANAFSHEH, DANESH & JAVID
                                 A Professional Law Corporation


                         By:     /S/_____
                                 TOBIN D. ELLIS, ESQ.
                                 SANTO J. RICCOBONO, ESQ.
                                 Attorneys for PLAINTIFF

COMPLAINT: ACTION UNDER FEDERAL TORTS CLAIM ACT FOR PERSONAL INJURIES AND PROPERTY DAMAGE SUSTAINED IN AUTOMOBILE COLLISION; DEMAND FOR JURY TRIAL

7

BANAFSHEH, DANESH & JAVID, PC
9454 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Phone: (310) 887-1818 Facsimile: (310) 887-1880