BANAFSHEH, DANESH & JAVID, PC
RAPHAEL D. JAVID, ESQ. [SBN 218624]
rj@bhattorneys.com
TOBIN ELLIS, ESQ. [SBN 203110]
te@bhattorneys.com
SANTO J. RICCOBONO, ESQ. [SBN 251242]
sjr@bhattorneys.com
BYRON J. ABRON, ESQ. [SBN 305324]
bj@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 302-0241

Attorneys for Plaintiff TAKASHI WATANABE

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
CHRISTOPHER D. CROWELL (Cal. Bar No. 253103)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-5900
    E-mail: chris.crowell@usdoj.gov

Attorneys for Defendant UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAKASHI WATANABE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:16-cv-08335-R-FFM<br><br>STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677<br><br>[Proposed Order Filed Concurrently Herewith] |

IT IS HEREBY STIPULATED by and between plaintiff Takashi Watanabe ("Plaintiff") and defendant United States of America, by and through their respective counsel, as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement ("Stipulation for Compromise Settlement").

2. The United States of America agrees to pay the sum of $65,000.00 to Plaintiff ("Settlement Amount"), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this settlement, for which Plaintiff and his guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, agencies, servants, and employees.

3. Plaintiff and his guardians, heirs, executors, administrators, or assigns hereby agree to accept the sum set forth in this Stipulation for Compromise Settlement in full settlement and satisfaction of any and all of their claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unseen bodily and personal injuries, damage to property and

the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, agencies, servants and employees on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit related to the subject matter of this suit, whether known or unknown, including those which if known to Plaintiff would have materially affected his settlement with the United States, and whether for compensatory or exemplary damages.

4. Plaintiff and his guardians, heirs, executors, administrators, or assigns further agree to reimburse, indemnify, and hold harmless the United States of America and its agents, agencies, servants, and employees from and against any and all such causes of action, claims, liens, rights, or subrogated or contributed interests incident to or resulting from further litigation or the prosecution of claims by Plaintiff and his guardians, heirs, executors, administrators, or assigns against any third party or against the United States.

5. This Stipulation for Compromise Settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, and the United States specifically denies that it is liable to Plaintiff. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of future litigation.

6. It is also agreed, by and among the parties, that each party will bear his or its own costs, fees, and expenses, and that any attorney's fees owed by Plaintiff will be paid out of the Settlement Amount and not in addition thereto.

7. It is also understood by and between the parties that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 percent of the Settlement Amount.

8. The parties signing this Stipulation for Compromise Settlement warrant and represent that they possess full authority and mental capacity to bind themselves or the persons on whose behalf they are signing to the terms of the settlement.

9. Payment of the Settlement Amount by the United States will be made by check from United States Postal Service funds, in the amount of $65,000 and made payable to Takashi Watanabe courtesy of BANAFSHEH, DANESH & JAVID, PC.

10. In consideration of this settlement, Plaintiff agrees that the above-captioned action should be dismissed in its entirety with prejudice. Upon the Court's approval of this Stipulation for Compromise Settlement, the Court will dismiss this action, with prejudice, and with each party bearing its own fees, costs, and expenses.

11. The parties agree that this Stipulation for Compromise Settlement, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and Plaintiff expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

12. It is contemplated that this Stipulation for Compromise Settlement may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

13. Plaintiff will reimburse, indemnify and hold harmless the United States and its agents, agencies, servants, and employees from and against any and all liens from any and all insurance companies and any and all other person or organizations who have or claim to have subrogated assigned claims arising out of or related to the subject matter of this suit.

14. Any and all taxation consequences as a result of this Stipulation for Compromise Settlement are the sole and exclusive responsibility of Plaintiff. The United States does not warrant any representation of any tax consequences of this Stipulation for Compromise Settlement. Nothing contained herein shall constitute a waiver by Plaintiff of any right to challenge any tax consequences of this Stipulation.

15. This written agreement contains all of the agreements between the parties, and is intended to be and is the final and sole agreement between the parties. The parties agree that any prior or contemporaneous representations or understandings not explicitly contained in this written agreement, whether written or oral, are of no further legal or

equitable force or effect. Any subsequent modifications to this agreement must be in writing, and must be signed and executed by the parties.

Dated: October 18, 2017

BANAFSHEH, DANESH & JAVID, PC
RAPHAEL D. JAVID
TOBIN ELLIS
SANTO RICCOBONO

_____
BYRON J. ABRON
Attorneys for Plaintiff
TAKASHI WATANABE

Dated: October __, 2017

Plaintiff TAKASHI WATANABE

_____
TAKASHI WATANABE

Dated: October 20, 2017

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney

_____
CHRISTOPHER D. CROWELL
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA