BANAFSHEH, DANESH & JAVID, PC
RAPHAEL D. JAVID, ESQ. [SBN 218624]
rj@bhattorneys.com
TOBIN ELLIS, ESQ. [SBN 203110]
te@bhattorneys.com
SANTO J. RICCOBONO, ESQ. [SBN 251242]
sjr@bhattorneys.com
BYRON J. ABRON, ESQ. [SBN 305324]
bj@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 302-0241

Attorneys for Plaintiff TAKASHI WATANABE

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
CHRISTOPHER D. CROWELL (Cal. Bar No. 253103)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-5900
    E-mail: chris.crowell@usdoj.gov

Attorneys for Defendant UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAKASHI WATANABE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:16-cv-08335-R-FFM<br><br>[PROPOSED] ORDER ACCEPTING THE PARTIES' STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677 AND DISMISSING THE CASE WITH PREJUDICE<br><br>Hon. Manuel L. Real |

The Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 is accepted by the Court. This case is dismissed with prejudice with each party to bear its own fees, costs, and expenses.

Dated: October ___, 2017

_____
UNITED STATES DISTRICT JUDGE